MATTHEW P. LEWIS (155516)
mlewis@whitecase.com
J. JONATHAN HAWK (254350)
jhawk@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Defendant
COMCAST CABLE
COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW ARRIGONI,<br><br>    Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS, LLC; DOES 1 through 10, inclusive,<br><br>    Defendant(s). | Case No. 2:17-cv-02565-JAM-CMK<br><br>**JOINT STIPULATION AND ORDER COMPELLING ARBITRATION AND STAYING ACTION** |

WHEREAS, Plaintiff Matthew Arrigoni ("Plaintiff") filed a complaint against defendant Comcast Cable Communications, LLC ("Comcast") on November 3, 2017 in the Superior Court of California, Butte County, and served the complaint on Comcast on November 7, 2017.

WHEREAS, on December 7, 2017, Comcast filed a Notice of Removal (Dkt. No. 1) in this Court;

WHEREAS, on December 13, 2017, the parties filed a joint stipulation pursuant to Local Rule 144(a) extending Comcast's deadline to move, plead, or otherwise respond to Plaintiff's complaint to and including January 8, 2018;

WHEREAS, prior to filing this case, Plaintiff entered into the Comcast Agreement for Residential Services (the "Subscriber Agreement") which contains an arbitration provision providing, in relevant part, "[a]ny Dispute involving you and Comcast shall be resolved through

- 1 -

individual arbitration." The Subscriber Agreement, with the arbitration provision on page 6, is attached as Exhibit A;

WHEREAS, prior to filing a motion to compel arbitration, counsel for Comcast met and conferred with counsel for Plaintiff via telephone and email. Through that process, Plaintiff has agreed to arbitrate his claims against Comcast;

THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel that the claims alleged in Plaintiff's complaint are referable to arbitration under the terms of the Subscriber Agreement.

IT IS FURTHER STIPULATED that this case shall be stayed pending resolution of Plaintiff's claims in arbitration.

IT IS FURTHER STIPULATED that each party shall bear its own costs and attorney fees.

**IT IS SO STIPULATED.**

Dated: January 2, 2018

WHITE & CASE LLP

By: */s/ J. Jonathan Hawk*
      J. Jonathan Hawk

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS, LLC

Dated: January 2, 2018

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: Todd M. Friedman (Authorized 12/29/17)
    Todd M. Friedman

Attorneys for Plaintiff
MATTHEW ARRIGONI

## **ORDER**

Pursuant to the parties' stipulation set forth above and 9 U.S.C. § 3, this action shall be stayed pending completion of arbitration proceedings. The parties shall file joint status reports with the Court every 120 days regarding the status of the arbitration proceedings; alternatively the parties may file appropriate dispositional documents to close this case.

IT IS SO ORDERED.

Dated: January 3, 2018

/s/ John A. Mendez_____
The Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE